**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Natali Cabrera,                                             Civil No. 06-4703 (RHK/AJB)

      Plaintiff,                                             **ORDER**

vs.

The Law Office of Matthew A. Engel,
PLLC, d/b/a The Engel Firm, PLLC,

      Defendant.

---

Pursuant to the Stipulation of Dismissal with Prejudice (Doc No. 7), the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 13, 2007

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge